## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AEGIS SECURITY INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No.:** _____ |
| **v.** | ) ) ) | **Judge:** _____ <br> **Magistrate Judge:** _____ |
| **RAKS FIRE SPRINKLER, LLC; ROMERO ALI; ALIA ALI; RASHAD ALI; AND DONNA ALI** | ) ) ) ) ) | |
| **Defendants.** | ) | |

---

## NOTICE OF REMOVAL

---

**COMES NOW,** the Defendants, RAKS Fire Sprinkler, LLC ("RAKS"), Romero Ali, Rashad Ali, and Donna Ali (hereinafter "Removing Defendants"), by and through counsel, and hereby give notice of removal of the above-entitled action, which is filed as Civil Action Docket No. 2021-cv-318NT in the Court of Common Pleas for Dauphin County, Pennsylvania, from said Court to the United States District Court for the Middle District of Pennsylvania. This Notice of Removal is filed pursuant to 28 U.S.C. § 1332, 28 U.S.C. §1441, and 28 U.S.C. §1446.

## CIVIL ACTION REMOVED

1.     Civil Action Docket Number 2021-cv-318NT in the Court of Common Pleas of Dauphin County, which is styled "AEGIS SECURITY INSURANCE COMPANY v. RAKS Fire Sprinkler, LLC; Romero Ali; Alia Ali, Rashad Ali, and Donna Ali," is a civil action that was filed on January 13, 2021.

## DIVERSITY OF CITIZENSHIP

2.     Under 28 U.S.C. § 1332(a), diversity jurisdiction exists when a civil action is between citizens of different states and the amount in controversy meets or exceeds $75,000.00.

3.     In its complaint for confession of judgment, the Plaintiff, AEGIS SECURITY INSURANCE COMPANY (hereinafter "Aegis"), indicates that it is a corporation incorporated under the laws of the Commonwealth of Pennsylvania which maintains its principal place of business in Pennsylvania; therefore, making Aegis a resident of Pennsylvania. *See* Complaint attached hereto as **Exhibit 1**, ¶ 1.

4.     As noted in the complaint, Romero Ali is an adult resident of Washington. Exhibit 1, ¶3. Alia Ali is also an adult resident of Washington. *Id.* at ¶4. Rashad Ali is an adult resident of Mississippi. *Id.* at ¶5. Donna A. Ali is an adult resident of Mississippi. *Id.*at ¶6.

5.     RAKS is not a corporation, but a limited liability company formed under the laws of the state of Mississippi which was dissolved in 2020. Its residency

is determined by the residency of its members, all of whom are residents of Alabama, Mississippi, and Washington.

6. As a result of the foregoing facts, there is complete diversity of citizenship between the parties as defined by 28 U.S.C. §1332(a)(l).

## FACTS AND CONTROVERSY SUPPORTING JURISDICTIONAL AMOUNT

7. In its complaint, Aegis seeks damages well in excess of $75,000. *See* Exhibit 1.

8. Accordingly, this Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. §1332. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. §1441.

## TIMELINESS OF REMOVAL

9. Many of the Defendants have not been properly served, but the subject complaint was not filed until January 13, 2021. Thus, thirty days have not elapsed since any Defendant was served with the Summons and Complaint in this matter. Thus, this removal is timely as required by 28 U.S.C. §1446.

## COPIES OF STATE COURT PROCEEDINGS

10. Pursuant to 28 U.S.C. § 1446(a), the Removing Defendants have attached hereto a true and correct copy of all process, pleadings, and orders served upon the Removing Defendants on file in Civil Action Docket Number 2021-cv-318NT in the Court of Common Pleas of Dauphin County. *See*, State Court Records

3

attached hereto as **Exhibit 2**. Removing Defendants have requested a full certified copy of all state court proceedings and will submit the same to this Court once obtained.

## NOTICE TO STATE COURT

11.     The Removing Defendants will immediately file with the Court of Common Pleas of Dauphin County a true and correct copy of this Notice, thereby effecting removal of this action to this Court. According to 28 U.S.C. §1446(d), no further proceedings shall be had in Dauphin County.

## CONSENT TO REMOVAL

12.     All Defendants have consented to the removal of this matter.

## NOTICE TO PLAINTIFF

13.     Pursuant to 28 U.S.C. §1446(a) and consistent with the Certificate of Service, Plaintiff is being provided with a copy of this Notice of Removal.

## COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 7.1

14.     Pursuant to Federal Rule of Civil Procedure 7.1, RAKS will file a Corporate Disclosure Statement.

Respectfully submitted, this the 12th day of February, 2021.

s/ Brian J. Pulito
Brian Pulito (PA ID 203952)
STEPTOE & JOHNSON PLLC
201 Chestnut Street, Suite 200
Meadville, PA  16335
(814) 333-4900
brian.pulito@steptoe-johnson.com

*Attorneys for Defendants RAKS FIRE SPRINKLER, LLC, ROMERO ALI, RASHAD ALI, and DONNA A. ALI*

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day served the attached *NOTICE OF REMOVAL* on all of the parties to this cause by:

_____ Hand delivering a copy hereof to the attorney for each said party addressed as follows:

_X_ Depositing a copy hereof, postage paid, in the United States Mail, addressed to the attorney for each said party as follows:

_____ Via electronic mail addressed to the attorney for each party as follows:

_____ Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

_____ Telecopying a copy hereof to the attorney for each said party as follows:

        Michael F. J. Romano, Esq.
        Romano Garubo
        52 Newton Avenue
        Woodbury, NJ 08096

This, the 12th day of February, 2021.

        s/ Brian J. Pulito